IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DIRECTV, INC.,                                    :

                                                  :    Case No.  2:04-cv-929
                        Plaintiff,

                                                  :
        v.                                             Judge Sargus

                                                  :
Ryan J.  Frost,                                        Magistrate Judge Abel

                                                  :

                        Defendant.                :


**ORDER**

        Plaintiff DIRECTV, Inc. ("DIRECTV") brings this action under the Federal

Communications Act of 1934 ("FCA"), 47 U.S.C. § 605 and the Electronic Communications

Privacy Act ("ECPA"), 18 U.S.C. § 2510 et seq. This matter is before the Court on DIRECTV's

March 10, 2005 motion for default judgment against Ryan J.  Frost (doc.  9).  A hearing was held

on July 22, 2005 regarding plaintiff's motion for default judgment.  Defendant Ryan J.  Frost

failed to appear, and he has not filed objections to Magistrate Judge Abel's August 26, 2005

Report and Recommendation that plaintiff DIRECTV's motion for default judgment be granted.

        Upon *de novo* review in accordance with the provisions of 28 U.S.C. §636(b)(1)(B), the

Court **ADOPTS** the Report and Recommendation and **GRANTS** plaintiff DIRECTV's motion

for default judgment.

1

The Clerk of Court is **DIRECTED** to enter **JUDGMENT** for plaintiff DIRECTV and against defendant Ryan J. Frost in the amount of $11,265.50.  This action is hereby **DISMISSED.**

10-31-2005

Edmund A. Sargus, Jr.
United States District Judge